IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 11-cv-02267-WJM-CBS

STONEAGE, INC, a Colorado Corporation,

    Plaintiff,

v.

NLB Corporation, a Michigan Corporation

    Defendant.
_____

ORDER GRANTING STIPULATED MOTION FOR DISMISSAL
_____

This matter is before the Court on the parties' Stipulated Motion for Dismissal with Prejudice filed December 29, 2011 (ECF No. 17). The Court being fully advised hereby ORDERS as follows:

The parties' Stipulated Motion is GRANTED. The above-captioned matter is hereby DISMISSED WITH PREJUDICE. Each party shall pay its own attorney's fees and costs.

Dated this 30th day of December, 2011.

BY THE COURT:

_____
William J. Martínez
United States District Judge